U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2020 JUL 10 PM 12: 22

CLERK

BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

MARTIN A. GIROUX,            )
      Plaintiff              )
                             )
      v.                     )    Case No. 2:19-cv-187
                             )
PAUL J. FOLEY, JR.,          )
      Defendant              )

## STIPULATION FOR DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed to by and amongst the parties to this action that the action may be dismissed with prejudice, each party to bear its own costs and attorneys' fees.

Dated:    Burlington, Vermont
          July 9, 2020

_____
Jerome F. O'Neill, Esq.
Celeste E. Laramie, Esq.
Gravel & Shea PC
76 St. Paul Street, 7th Floor, P.O. Box 369
Burlington, VT  05402-0369
(802) 658-0220
joneill@gravelshea.com
claramie@gravelshea.com
For Plaintiff

Dated:   Burlington, Vermont
         July __9__, 2020



Lisa B. Shelkrot, Esq.
Langrock Sperry & Wool, LLP
210 College Street, 4th Floor
P.O. Box 721
Burlington, VT 05402-0721
802-864-0217
lshelkrot@langrock.com
For Defendant

APPROVED AND SO ORDERED:

Date: __July 10__, 2020.

Judge, United States District Court